**EARLY BENNETT v. THE STATE OF FLORIDA**
10 So. (2nd)) 431                                   Division A
November 13, 1942

Tom B. Stewart, for appellant.

J. Tom Watson, Attorney General, Millard B. Conk-
lin, Assistant Attorney General, and Woodrow M.
Melvin, Special Assistant Attorney General, for ap-
pellee.

PER CURIAM:

This cause having been submitted to the Court upon oral argument and the briefs and the court having considered the entire record and being satisfied that the charge of the court was fair, full and complete; that the testimony amply sustains the verdict and that there was no reversible error committed in the trial of the case; it is our opinion and judgment that the sentence and judgment be, and the same is hereby affirmed.

So ordered.

BROWN, C. J., WHITFIELD, BUFORD, and ADAMS, JJ., concur.